July 25, 2008

**Callahan Lawyers Service**
50 Main Street
P.O. Box 632
Hackensack, NJ, 07602
(201) 489-2245 , (201) 489-8093 Fax

**RETURN SERVICE REQUESTED**

# Invoice

CORY WATSON CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM AL 35205

205-328-2200 Business
-------<

Reference Job #**39619** when remitting.
## Originally billed on July 25, 2008
## PERSONAL

Process Service Fee (1 Address, 1 Affidavit, Non-Rush) $75.00

Cynthia Thibault and Robert DeRostyne vs MERCK & CO., INC.,

**Docket/Case Number: 08 CV 5544**
**SUM Summons & Complaint**
**NOVARTIS PHARMACEUTICALS CORPORATION**

Total Service Fees : $75.00
Amount Received: $75.00
Amount Due: $0.00

Completed Personal Service to OLIVIER BASSI,
ATTORNEY , Agent in Charge on
July 22, 2008 at 2:50 PM,
at: NOVARTIS PHARMACEUTICALS CORPORATION, 59
STATE ROUTE 10, BUILDING #404, EAST HANOVER, NJ
07936
by JAMES REAP, Process Server

**Sex: Male** Skin: **White** Hair: **Black** Height: **5' 8"** Weight: **150-160 lbs** Age: **40**

There is no balance due:   **$0.00**

Thank You!!
We appreciate your business!
**Our Tax ID: 22-2868766**

REMINDER
Callahan Lawyers Service can serve all of your process, including Summons and Complaints, locally, nationally, and internationally.

Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Ave.
Birmingham, AL 35205
205-328-2200


| | |
|---|---|
| CYNTHIA THIBAULT AND ROBERT DEROSTYNE )<br><br>V.<br><br>MERCK & CO., INC. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Docket/Index # 08 CV 5544<br><br>**Affidavit of Service** |

**State of New Jersey**
                                            **SS:**
**County of Bergen**

I, **JAMES REAP** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on **July 22, 2008** at **2:50 PM**, deponent served the within named **SUMMONS and COMPLAINT** upon **NOVARTIS PHARMACEUTICALS CORPORATION**. Said service was effected at **NOVARTIS PHARMACEUTICALS CORPORATION, 59 STATE ROUTE 10, BUILDING #404, EAST HANOVER, NJ 07936**, in the following manner;

A foreign corporation, by delivering thereat a true copy of each to **OLIVIER BASSI** personally. Deponent knew said corporation so served to be the corporation described as **NOVARTIS PHARMACEUTICALS CORPORATION** and knew said individual to be the **ATTORNEY** thereof, an authorized person to accept service of process.

**OLIVIER BASSI** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male**  Skin Color: **White**  Hair: **Black**  Age(Approx): **40**  Ht.(Approx): **5' 8"**  Wt.(Approx): **150-160 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on July 23, 2008

_____
Donna Jean Arcidolo
Notary Public of New Jersey
My Commission Expires: November 27th 2012.

_____
JAMES REAP, Process Server
Callahan Lawyers Service
50 Main Street
P.O. Box 632
Hackensack, NJ 07602
(201) 489-2245 , (201) 489-8093 (Fax)

CLS # 39619