**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CYNTHIA THIBAULT AND ROBERT DEROSTYNE,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>MERCK & CO., INC. and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　　　　Defendants. | Civil Action No.:  1:08-cv-05544<br><br>**DEFENDANT'S DISCLOSURE STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

　　1.　　Parent Companies:

　　　　(a) Novartis Finance Corporation, a New York corporation;

　　　　(b) Novartis Corporation, a New York corporation;

　　　　(c) Novartis Holding, AG, a Swiss company; and

　　　　(d) Novartis AG, a Swiss company, whose American Depository Shares are publicly traded on the New York Stock Exchange.

　　2.　　Publicly held companies owning more than 10% of NPC stock:

　　　　(a) Novartis AG indirectly owns a 100% interest in NPC.

Dated: August 11, 2008                                        Respectfully submitted,

                                                              s/ Ethan D. Stein
                                                              Ethan D. Stein (ES-7130)
                                                              EStein@gibbonslaw.com
                                                              GIBBONS P.C.
                                                              One Pennsylvania Plaza, 37th Floor
                                                              New York, NY 10119-3701
                                                              Phone: 212-613-2000
                                                              Fax: 212-290-2018
                                                              *Counsel for Defendant Novartis Pharmaceuticals Corporation*

                                                              *Of counsel:*
                                                              Joe G. Hollingsworth
                                                              Katharine R. Latimer
                                                              Robert E. Johnston
                                                              SPRIGGS & HOLLINGSWORTH
                                                              1350 I Street, NW, Ninth Floor
                                                              Washington, D.C. 20005
                                                              Phone: (202) 898-5800
                                                              Fax: (202) 682-1639

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2008, the Defendant's Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service upon the following parties and participants:

Annesley DeGaris
Cory Watson Crowder & DeGaris
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Robert G. Germany
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS  39201

s/ Ethan D. Stein
Ethan D. Stein
