UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA THIBAULT AND ROBERT DEROSTYNE,<br><br>Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC. and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant(s). | Civil Action No.:<br><br>1:08-cv-05544<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, appearing on behalf of defendant NOVARTIS PHARMACEUTICALS CORPORATION , in the captioned action, hereby requests electronic notification of all papers filed with the Court by notice upon the following email address: estein@gibbonslaw.com

Dated: New York, New York

August 11, 2008

**GIBBONS , P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 649-4700
*Attorney for Defendant*
*Novartis Pharmaceuticals Corporation*

By: /s/ Ethan D. Stein
      Ethan D. Stein